FILED

DEC 3 1 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHSEN KHOSHMOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-02870 (UNA) |
| ) | |
| BANK OF CAPITAL ONE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff sues Capitol One, however, he does not articulate any legal claim against defendant. Plaintiff states that defendant frequently sends him advertising after he closed his bank

1

account. He also states that defendant, as directed by the United States Department of Housing and Urban Development ("HUD"), has been involved with the running of his credit report. He seeks removal from defendant's mailing list, $1 million, and asks the Court to [sic] "normalize the [HUD] service for this nation 90% of [the] problem for this nation [is] coming from HUD."

As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8(a). It fails to set forth a basis for this Court's jurisdiction and the actual claims against defendant are unclear. Therefore, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: December 31, 2018

United States District Judge